IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C R BARD, INC., BARD PERIPHERAL VASCULAR, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ANGIODYNAMICS INC.,<br><br>    Defendant. | 1:15CV218<br><br>**ORDER** |

This matter is before the court following a telephone conference with the parties. Based on the discussion, the court orders as follows:

1. The parties shall submit to chambers questions for inclusion in a special jury questionnaire on or before August 17, 2018.
2. The defendant shall specify its invalidity claims on or before January 15, 2019.
3. The trial shall proceed as set forth herein: Jury selection will begin on March 1, 2019, or the following Monday, depending on the court's trial schedule. Trial will begin on March 4, 2019.
4. Each side is allotted 21 hours in which to present its case, which time excludes jury selection and closing argument.
5. The order of trial shall be as follows: Plaintiff's case in chief for infringement, willfulness and damages; defendant's case in chief for its claims of invalidity followed by its defense to infringement and damages; Plaintiff's invalidity defense and rebuttal, followed by defendant's rebuttal if any. Unless otherwise agreed by the parties, Plaintiff's expert, Dr. Johnson, may testify after the defendant completes its invalidity evidence and prior to its defense of the plaintiff's case in chief, but in no event, later than March 11, 2019.
6. The parties suggest there are surviving claim construction issues regarding (a) printed matter, and (b) provisional rights and substantial identity. If the parties believe the court did not adequately address these matters in its memorandum and order, the court will permit the filing of a motion and accompanying brief (not to exceed 10 pages), to be submitted on or before August 17, 2018.

**IT IS SO ORDERED.**

Dated this 9th day of August, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge