IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARD PERIPHERAL VASCULAR, INC., | ) | |
| | ) | |
| Plaintiff and Counterclaim-Defendant, | ) ) ) | **REDACTED PUBLIC VERSION** |
| | ) | |
| v. | ) | C.A. No. 15-218-JFB-SRF |
| | ) | |
| ANGIODYNAMICS, INC., | ) | |
| | ) | |
| Defendant and Counterclaim-Plaintiff. | ) ) | |

## LETTER TO THE HONORABLE JOSEPH F. BATAILLON FROM JOHN G. DAY

*Of Counsel:*

Vincent J. Belusko
Nicole M. Smith
Dylan J. Raife
Rose S. Lee
Jonathan McNeal Smith
Ashleigh K. Landis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
(213) 892-5200

ASHBY & GEDDES
John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
jday@ashbygeddes.com
tlydon@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Bard Peripheral Vascular, Inc.*

Dated March 6, 2019

ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

March 6, 2019

<u>**VIA ELECTRONIC FILING**</u>           **<u>REDACTED PUBLIC</u>**
The Honorable Joseph F. Bataillon          **<u>VERSION</u>**
The U.S. District Court for the District of Nebraska
118 South 18th Plaza, Suite 3259
Omaha, NE 68102

    Re:    *Bard Peripheral Vascular, Inc. v. AngioDynamics, Inc.,*
           C.A. No. 15-218-JFB-SRF

Dear Judge Bataillon:

    Pursuant to the Pretrial Order in this Case (D.I. 344) and the agreement of the Parties, Defendant and Counterclaim Plaintiff AngioDynamics Inc. ("AngioDynamics") and Plaintiff Bard Peripheral Vascular, Inc. respectfully submit objected-to testimony which AngioDynamics expects to present at trial on March 7, 2019. Bard presents the following objections to AngioDynamics's designations to the Court, to which AngioDynamics has responded.

                              Respectfully,

                              /s/ *John G. Day*

                              John G. Day (#2403)

JGD/nml
Attachments

cc:    All Counsel of Record (via electronic mail; w/attachments)