IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BARD PERIPHERAL VASCULAR, INC., | ) | |
| | ) | |
| Plaintiff and Counterclaim-Defendant, | ) ) ) | |
| | ) | |
| v. | ) | C.A. No. 15-218-JFB-SRF |
| | ) | |
| ANGIODYNAMICS, INC., | ) ) | |
| | ) | |
| Defendant and Counterclaim-Plaintiff. | ) ) | |

## NOTICE OF APPEAL TO THE
## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Plaintiff Bard Peripheral Vascular, Inc. ("Bard") hereby appeals in the above-entitled action to the United States Court of Appeal for the Federal Circuit from the District Court's order on March 7, 2019, the Court's Memorandum and Order of February 28, 2019 (DI 416) which overruled Bard's objections to the Magistrate Judges Report and Recommendations (DI 393) and from any and all other orders, rulings, findings, and/or conclusions that were adverse to Plaintiff. Although no separate document entering judgment appears on the docket, the District Court's March 7 oral ruling granted judgment as a matter of law on invalidity and thereby terminated the case. To protect its right to appeal that decision and to remove any doubt as to the timeliness of its appeal, Plaintiff files this notice of appeal. Under Federal Rule of Appellate Procedure 4(a)(2), if this notice of appeal is not effective when filed, it will become effective when the court enters final judgment.

|  |  |
|---|---|
| | ASHBY & GEDDES |
| | */s/ John G. Day* |
| *Of Counsel:* | John G. Day (#2403) |
| | Tiffany Geyer Lydon (#3950) |
| Vincent J. Belusko | Andrew C. Mayo (#5207) |
| Nicole M. Smith | 500 Delaware Avenue, 8th Floor |
| Dylan J. Raife | P.O. Box 1150 |
| Rose S. Lee | Wilmington, DE 19899 |
| Jonathan McNeal Smith | (302) 654-1888 |
| Ashleigh K. Landis | jday@ashbygeddes.com |
| MORRISON & FOERSTER LLP | tlydon@ashbygeddes.com |
| 707 Wilshire Boulevard | amayo@ashbygeddes.com |
| Los Angeles, CA 90017-3543 | |
| (213) 892-5200 | *Attorneys for Bard Peripheral Vascular, Inc.* |

Dated  April 3, 2019