# United States Court of Appeals
# for the Federal Circuit

---

**C R BARD INC., BARD PERIPHERAL
VASCULAR, INC.,**
*Plaintiffs-Appellants*

v.

**ANGIODYNAMICS, INC.,**
*Defendant-Appellee*

---

2019-1756, 2019-1934

---

Appeals from the United States District Court for the District of Delaware in No. 1:15-cv-00218-JFB-SRF, Senior Judge Joseph F. Bataillon.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED-IN-PART, VACATED-IN-PART, AND REMANDED**

ENTERED BY ORDER OF THE COURT

November 10, 2020          /s/ Peter R. Marksteiner
                           Peter R. Marksteiner
                           Clerk of Court