IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C.R. BARD, INC and<br>BARD PERIPHERAL VASCULAR, INC.,<br><br>      Plaintiffs and<br>      Counterclaim Defendants,<br><br>   v.<br><br>ANGIODYNAMICS, INC.,<br><br>      Defendant and<br>      Counterclaim-Plaintiff. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 15-218 (JFB) (SRF)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' STATUS REPORT**

Plaintiffs C.R. Inc. and Bard Peripheral Vascular Access, Inc. (collectively, "Bard") respectfully submit this status report in response to the Court's March 15, 2021 Memorandum and Order (D.I. 469).

As the Court noted, the Federal Circuit reversed-in-part this Court's judgment of invalidity as it pertained to patent eligibility under 35 U.S.C. § 101. D.I. 469, at 1. Specifically, the Federal Circuit found that "the asserted claims are not patent ineligible under § 101 because the claims in their entireties are not solely directed to printed matter." *C R Bard, Inc. v. AngioDynamics, Inc.*, 979 F.3d 1372, 1384 (Fed. Cir. 2020). Thus, all issues regarding patent eligibility were fully resolved by the Federal Circuit.

As the Court further noted, the Federal Circuit vacated this Court's grant of JMOL and/or summary judgment with respect to (1) invalidity on all grounds other than patent eligibility, (2) non-infringement, and (3) willful infringement. D.I. 469 at 1. Accordingly, the issues of infringement, willful infringement, damages and invalidity for all grounds other than § 101 remain outstanding. Prior to the grant of JMOL, a jury had been empaneled to resolve each of these issues,

and Bard believes that this case is ready for another jury to consider each of these issues. Bard understands that jury trials have been significantly disrupted by the Covid-19 pandemic. Nevertheless, given that this case has been pending for almost six years, Bard respectfully requests that the case be scheduled for a jury trial as soon as practicable.

As the Court noted, AngioDynamics' inequitable conduct claims were stayed and bifurcated for trial to the bench. D.I. 469 at 2. Bard believes those claims should remained stayed pending the jury's resolution of the infringement and validity issues. If necessary, AngioDynamics' inequitable conduct claims should be tried to the bench after the jury trial on remand.

Bard is available at the Court's convenience, should the Court decide that a status conference will assist in determining the further of this case.

| | |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| Steven C. Cherny<br>Matthew A. Traupman<br>QUINN EMANUEL URQUHART<br>   & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY  10010<br>(212) 849-7000 | */s/ Jack B. Blumenfeld*<br><br>Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227))<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>jblumenfeld@morrisnichos.com<br>began@morrisnichols.com |
| Lauren Martin<br>Anne-Raphaëlle Aubry<br>QUINN EMANUEL URQUHART<br>   & SULLIVAN, LLP<br>111 Huntington Avenue, Suite 520<br>Boston, MA  02199<br>(617) 712-7100 | *Attorneys for Plaintiffs and Counterclaim Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |
| Jared W. Newton<br>QUINN EMANUEL URQUHART<br>   & SULLIVAN, LLP<br>1300 I Street NW, Suite 900<br>Washington, D.C.  20005<br>(202) 538-8000 | |

March 29, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 26, 2021, upon the following in the manner indicated:

| | |
|---|---|
| David E. Moore, Esquire<br>Stephanie E. O'Byrne, Esquire<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Defendant and Counterclaim*<br>*Plaintiff AngioDynamics, Inc.* | *VIA ELECTRONIC MAIL* |
| Christopher A. Hughes, Esquire<br>John T. Moehringer, Esquire<br>Danielle V. Tully, Esquire<br>Michael B. Powell, Esquire<br>David A. Cole, Esquire<br>Jaclyn A. Hall, Esquire<br>CADWALADER, WICKERSHAM & TAFT LLP<br>200 Liberty Street<br>New York, NY 10281<br>(212) 504-6000<br>*Attorneys for Defendant and Counterclaim*<br>*Plaintiff AngioDynamics, Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

_____
Jack B. Blumenfeld (#1014)