IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| C R BARD INC. and BARD PERIPHERAL VASCULAR, INC.,<br><br>Plaintiffs/Counterclaim Defendants.<br><br>vs.<br><br>ANGIODYNAMICS, INC.<br>Defendant/Counterclaim Plaintiff. | **CIV. NO. 15-218-JFB-SRF**<br><br>**ORDER** |

This matter is before the Court after a telephonic conference on August 20, 2021. The parties agree that the trial should held May 9-13, 2022, with jury selection on May 6, 2022. Accordingly,

IT IS ORDERED:

1. Jury selection of this action will take place on May 6, 2022 at 9:00 AM at the J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware.

2. Trial shall begin on May 9, 2022 at 9:00 AM at the J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware.

3. The order of presentation and allotted trial time set forth in this Court's earlier order remain in effect.

Dated this 8th day of October, 2021.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge