# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARD PERIPHERAL VASCULAR, INC., | ) |
| Plaintiff and Counterclaim-Defendant, | ) |
| v. | ) C.A. No. 15-218-JFB-SRF |
| ANGIODYNAMICS, INC., | ) |
| Defendant, Counterclaim-Plaintiff, and Crossclaim/Third-Party Complaint Plaintiff, | ) |
| v. | ) |
| C. R. BARD, INC., | ) |
| Counterclaim/Third-Party Complaint Defendant. | ) |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Stephanie E. O'Byrne, formerly of Potter Anderson & Corroon LLP, 1313 N. Market Street, 6th Floor, DE 19801, hereby withdraws her appearance as counsel for Defendant, Counterclaim-Plaintiff and Crossclaim / Third Party Complaint Plaintiff AngioDynamics, Inc. All other counsel of record for Defendant remain in this case.

OF COUNSEL:

Christopher A. Hughes
John T. Moehringer
Danielle V. Tully
Michael B. Powell
David A. Cole
Jaclyn A. Hall
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY  10281
Tel:  (212) 504-6000

Dated:  January 6, 2022
7546983 / 42341

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
Tel:  (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant, Counterclaim-Plaintiff and Crossclaim / Third Party Complaint Plaintiff AngioDynamics, Inc.*