# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BARD PERIPHERAL VASCULAR, INC., | ) |
| | ) |
|     Plaintiff and Counterclaim-Defendant, | ) |
| v. | ) |
| | ) C.A. No. 15-218-JFB-SRF |
| ANGIODYNAMICS, INC., | ) |
| | ) |
|     Defendant, Counterclaim-Plaintiff, and Crossclaim/Third-Party Complaint Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| C. R. BARD, INC., | ) |
| | ) |
|     Counterclaim/Third-Party Complaint Defendant. | ) |

## DEFENDANT ANGIODYNAMICS, INC.'S MOTION TO STAY

Defendant AngioDynamics, Inc. respectfully moves this Court to stay the above-captioned action pending resolution of the Federal Circuit's decision in the related case, *C.R. Bard, Inc. and Bard Peripheral Vascular, Inc. v. Medical Components, Inc.*, Nos. 22-1136 and 22-1186 (Fed. Cir.). The grounds for this Motion are fully set forth in the accompanying Brief in Support.

Pursuant to D. Del. LR 7.1.1, Defendant has made a reasonable effort to reach agreement with Plaintiff Bard Peripheral Vascular, Inc. on the matters set forth in the Motion. Delaware counsel for Plaintiff and Defendant met and conferred, but were unable to reach an agreement on the matters set forth in the Motion.

2

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: */s/ David E. Moore* |
|  | David E. Moore (#3983) |
| John T. Moehringer | Bindu A. Palapura (#5370) |
| Danielle V. Tully | Brandon R. Harper (#6418) |
| Michael B. Powell | Hercules Plaza, 6th Floor |
| CADWALADER, WICKERSHAM & TAFT LLP | 1313 N. Market Street |
| 200 Liberty Street | Wilmington, DE 19801 |
| New York, NY 10281 | Tel: (302) 984-6000 |
| Tel: (212) 504-6000 | dmoore@potteranderson.com |
|  | bpalapura@potteranderson.com |
|  | bharper@potteranderson.com |
|  |  |
| Dated: February 4, 2022 | *Attorneys for Defendant, Counterclaim-Plaintiff and Crossclaim / Third Party Complaint Plaintiff AngioDynamics, Inc.* |
| 10014022 / 42341 |  |