# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
jblumenfeld@morrisnichols.com

April 7, 2022

The Honorable Joseph F. Bataillon                          *VIA ELECTRONIC FILING*
The U.S. District Court for the District of Nebraska
111 South 18th Plaza, Suite 3259
Omaha, NE  68102

   Re: *Bard Peripheral Vascular, Inc., et al. v. AngioDynamics, Inc.,*
     <u>C.A. No. 15-218 (JFB) (SRF) (D. Del.)</u>

Dear Judge Bataillon:

  We submit herewith a proposed juror questionnaire, which has been agreed to by the parties. If the questionnaire meets with Your Honor's approval, we request that it be distributed to the jury pool to be returned in advance of the May 6 jury selection.

              Respectfully,

              */s/ Jack B. Blumenfeld*

              Jack B. Blumenfeld (#1014)

JBB/rah
Enclosure
cc: All Counsel of Record (via electronic mail)