The questionnaire below has been approved by the Court and will be filled out by each prospective juror. To select jurors, the Court and the parties require certain information. This form is designed to save time and assist the Court and the parties to move forward as quickly as possible. Please answer the questions below honestly and completely, and provide the response in the enclosed envelope. If you need additional space, please use the back of this form. This information will not be used for any other purpose except to select a jury.

## JUROR QUESTIONNAIRE

Name:_____Address: _____

How long at this address?_____.  How long have you lived in Delaware? _____

1. What is your marital status: ☐ Single ☐ Married ☐ Separated ☐ Divorced ☐ Living with Partner ☐ Widowed

2. What is the highest level of education you have achieved: ☐ Less than High School ☐ High School/GED ☐ Some College/Technical ☐ Associate Degree ☐ College Degree ☐ Advanced Degree

   What degree(s), if any, have you earned? List each school and your major area(s) of study:
   _____

3. Have you taken any course, had any training, or had employment related to any of the following industries/fields: (Check all that apply)

   ☐ applying for, reviewing, or enforcing patents

   ☐ law or courts

   ☐ engineering

   ☐ medical devices

   ☐ radiography (e.g. x-ray technician or radiology).

   ☐ research and development of products

   ☐ medicine or nursing

   ☐ negotiating or enforcing licensing agreements

   ☐ marketing or advertising

   ☐ Food & Drug Administration or FDA

   ☐ accounting

   If you checked any box, please describe _____

4. Are you currently: (Check one)

   ☐ Employed; ☐ Retired; ☐ Unemployed and looking for work; ☐ Unemployed and not looking for work; ☐ Self-employed; ☐ Student; ☐ Disabled; ☐ Homemaker; ☐ Other: _____

5. If employed or self-employed what is your current occupation?
   Name of Employer:_____Since:_____Title:_____

6. About how many employees does your employer have? _____   Do you supervise employees in your work? ☐ Yes ☐ No. If "Yes," about how many employees do you supervise?_____

7. If married or living with a partner, please describe that person's present employment, including the name of his or her employer, the length of time he or she worked there, his or her title, and the nature of the job. _____
   _____

8. Have you ever worked for or owned a company that owns patents and/or trade secrets? ☐ Yes ☐ No.

   If "Yes," please describe: _____

9. Have you, your spouse partner, or anyone in your immediate family ever owned your or their own business? ☐ Yes ☐ No. If "Yes," please describe the business and when it was owned:
   _____

10. Have you ever been involved in the buying or selling of any company or business? ☐ Yes ☐ No.

    If "Yes," please describe: _____

11. "Have you ever held a management position at any job in which you had formal authority to evaluate, discipline, hire, or fire other employees?"

    If "Yes," please describe: _____

12. "Do you have strong feelings, negative or positive, about large corporations?"

    If "Yes," please describe: _____

13. Have you or anyone in your immediate family ever worked for Bard Peripheral Vascular, C.R. Bard, Bard Access Systems, Bard, Becton Dickinson, BD, AngioDynamics, HMP, Navilyst, or RITA, or had any positive or negative experiences with these companies? ☐ Yes ☐ No.

    If "Yes," please describe: _____

14. Have you or anyone close to you ever had a (subcutaneous) vascular access port? ☐ Yes, I have; ☐ Yes, someone dose to me has; ☐ Yes, both I and someone dose to me have; ☐ No.

2

15. If "Yes," please describe: _____

16. Would you say that you have more knowledge or experience with medical devices than the average person? ☐ Yes ☐ No.

    If "Yes," please explain: _____

17. Have you ever served as a juror? ☐ Yes, in a civil suit; ☐ Yes, in a criminal suit; ☐ Yes, in both a civil and criminal suit; ☐ No.

    If "Yes," were you the foreperson? ☐ Yes ☐ No.

    Did you reach a verdict? ☐ Yes ☐ No.

18. Have you ever been a plaintiff or defendant in a lawsuit, or testified in a lawsuit? ☐ Yes ☐ No.

    If "Yes," please describe the nature of the lawsuit / legal proceeding and the outcome: _____
    _____

19. Have you or someone close to you ever:

    (a) Invented, created, or developed any new idea, new product, new technology, or new product or process? ☐ Yes ☐ No. If "Yes," please explain: _____

    (b) Had any experience with patents, such as developing an invention to be patented, applying for a patent, or enforcing patents or working with patents at a job? ☐ Yes ☐ No. If "Yes," please explain: _____

20. Do you have any beliefs or feelings about patents, patent owners, patent rights, the patent system, the enforcement of patents, or the U.S. Patent and Trademark Office? ☐ Yes ☐ No:
    If "Yes," please explain: _____

21. Have you or an immediate family member ever accused someone of stealing an idea, had an idea taken by someone else, or been involved in a dispute about patent rights? ☐ Yes ☐ No

    If "Yes," please explain: _____

22. Are you aware of any beliefs or feelings that would prevent you from completely and honestly applying the law, as the Judge gives it to you at the end of the case, to the facts as you find them? ☐ Yes ☐ No. If "Yes," please explain: _____

23. Do you know of any reason that has not been mentioned why you cannot sit as a fair and impartial juror? ☐ Yes ☐ No

    If "Yes," please explain: _____

24. Is there anything you believe might affect your ability to serve as a juror in this matter? ☐ Yes ☐ No If "Yes," please explain: _____